UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **TERRANCE T. BROWN** | **CIVIL ACTION NO. 09-2170** |
| **VERSUS** | **SECTION P** |
| **CPL. MATT HILL, ET AL.** | **JUDGE ROBERT G. JAMES** |
| | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 10] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record, and consistent with this Court's prior practice,

**IT IS ORDERED** that the Clerk of Court serve on Defendants, through the U.S. Marshal, two (2) completed summons forms for each Defendant, one (1) USM-285 form for each Defendant, and a copy of the Magistrate Judge's Report and Recommendation [Doc. No. 10], this Judgment, the Complaint [Doc. No. 1], the Amended Complaint [Doc. No. 8] and Plaintiff's Memorandum [Doc. No. 9].

**IT IS FURTHER ORDERED** that this action– insofar as it seeks monetary damages for wrongful arrest, imprisonment and prosecution – be **STAYED** under the following conditions:

    a.    Within thirty (30) days of the date the state court criminal proceedings against Plaintiff have concluded, the parties must file a status report with the Clerk of Court;

    b.    If, after conclusion of the state court criminal proceedings, the stay is lifted and the Court finds Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck v.*

*Humphrey*, 512 U.S. 477 (1994); if no such finding is made, the action will proceed at that time, absent some other bar to suit. See *Wallace v. Kato*, 549 U.S. 384, 393-94 (2007);

c. In light of the stay, Plaintiff should not file any more documents in this action until the state court proceedings have concluded; and

d. Defendants shall not be required to answer during the pendency of the stay, and Plaintiff may not seek a default judgment or conduct any discovery.

**IT IS FURTHER ORDERED** that this action – insofar as it seeks injunctive relief and a temporary restraining order [Doc. 9]– be **DISMISSED** pursuant to the *Younger* Doctrine.

**MONROE, LOUISIANA,** this 28th day of April, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

2