RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TERRANCE T. BROWN | CIVIL ACTION NO. 09-2170<br>SECTION P |
| VERSUS | JUDGE ROBERT G. JAMES |
| MATT HILL, ET AL. | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Ellen Eade's Motion to Dismiss for Failure to State a Claim under Rule 12(b) [Doc. No. 21] is **GRANTED**, and Plaintiff's claims against this Defendant are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 15 day of September 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE