

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| TERRANCE T. BROWN | * | CIVIL ACTION NO. 09-2170 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| MATT HILL, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 57] filed by Defendants Royce Toney, Sheriff of Ouachita Parish; Deputy Shannon Harkins; Deputy Matt Hill; Deputy James Hindman; Deputy Larry Knight; and Deputy Larry Ludlow, is hereby **GRANTED**. For the reasons stated in the Report and Recommendation, Plaintiff Terrance T. Brown's Complaint [Doc. No. 1] is **DISMISSED WITH PREJUDICE** as to all Defendants.

MONROE, LOUISIANA, this 14 day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE